Tony GIVENS, Plaintiff—Appellant,

v.

WEST VIRGINIA; Darrell V. McGraw, Jr., Attorney General; Robert D. Williams, Defendants—Appellees.

No. 04–1063.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Tony Givens, Appellant pro se.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tony Givens appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Givens v. West Virginia,* No. CA–03–2267–2 (S.D.W.Va. Dec. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*